Mark Phillips
1300 Sycamore St
Norman, OK 73072
Pro Se

FILED
11-29-2010
NOV 29 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ARRIVALSTAR S.A. AND MELVINO ) Case No.: 10-cv-02296
TECHNOLOGIES LIMITED, )
 )
 Plaintiffs, )
vs. )
 )
BSM WIRELESS, CALAMP CORP. )
INTERNATIONAL TELEMATICS CORPORATION, )
CROWLEY LINER SERVICES, INC., INTEGRATED )
SYSTEM RESEARCH CORPORATION, MIX )
TELEMATICS NORTH AMERICA, INC., ) MOTION TO DISMISS FOR LACK OF PERSONAL
PROCON, INC. ) JUSISDICTION
 )
 Defendants, )
 )
ROCKY MOUNTAIN TRACKING, INC. )
 Third Party Plaintiff, )
 )
RICHARD FRY, )
MARK PHILLIPS, )
ROBERT PHILLIPS, )
 Third Party Defendants )

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Third Party Defendant Mark Phillips respectfully asks this court to dismiss Third Party Complaint against Mark Phillips for Lack of Personal Jurisdiction.

1. In support of this motion I, Mark Phillips certify that I am a resident of Norman, Oklahoma, County of Cleveland and that I have no businesses nor do I conduct any busines outside of this district.

Third Party Motion to Dismiss - 1

Respectfully submitted,

Mark Phillips
Pro Se
1300 Sycamore St.
Norman, OK 73072
(405)701-0218

Date: November 24, 2010