Robert Phillips
1952 S. Johnstone Pl.
Bartlesville, OK 74003
Pro Se

FILED
DEC 02 2010
12-2-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ARRIVALSTAR S.A. AND MELVINO ) Case No.: 10-cv-02296
TECHNOLOGIES LIMITED, )
)
Plaintiffs, )
vs. )
)
BSM WIRELESS, CALAMP CORP. )
INTERNATIONAL TELEMATICS CORPORATION, )
CROWLEY LINER SERVICES, INC., INTEGRATED )
SYSTEM RESEARCH CORPORATION, MIX )
TELEMATICS NORTH AMERICA, INC., ) MOTION TO DISMISS FOR LACK OF PERSONAL
PROCON, INC. ) JUSISDICTION
)
Defendants, )
)
ROCKY MOUNTAIN TRACKING, INC. )
Third Party Plaintiff, )
)
RICHARD FRY, )
MARK PHILLIPS, )
ROBERT PHILLIPS, )
Third Party Defendants )

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Third Party Defendant Robert Phillips respectfully asks this court to dismiss Third Party Complaint against Robert Phillips for Lack of Personal Jurisdiction.

Respectfully submitted,

*[signature]*

Robert Phillips
Pro Se
1952 S. Johnstone Pl.
Bartlesville, OK 74003
(918) 336-0605

Date: November 24, 2010

Third Party Motion to Dismiss - 1