IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>BSM WIRELESS, CALAMP CORP., INTERNATIONAL TELEMATICS CORPORATION, CROWLEY LINER SERVICES, INC., INTEGRATED SYSTEM RESEARCH CORPORATION, MIX TELEMATICS NORTH AMERICA, INC. PROCON, INC., ROCKY MOUNTAIN TRACKING, INC., and TRACKN, INC.,<br><br>    Defendants,<br><br>ROCKY MOUNTAIN TRACKING, INC.<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>RICHARD FRY, MARK PHILLIPS, and ROBERT PHILLIPS,<br><br>    Third Party Defendants. | Civil Action No. 1:10-CV-02296<br><br>The Honorable Sharon Johnson Coleman |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, and Defendant and Counter-claimant Rocky Mountain Tracking, Inc., by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims asserted therein, is hereby dismissed with respect to all parties,

including all third party defendants, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 26, 2011                                    Respectfully submitted,


 s/ Geoffrey D. Smith_____                              s/ Colby A. Kingsbury_____
Anthony E. Dowell                                          Colby A. Kingsbury
aedowell@dowellbaker.com                                   Colby.Kingsbury@bakerd.com
Geoffrey D. Smith                                          Baker & Daniels LLP
gsmith@dowllbaker.com                                      311 S. Wacker Drive, Suite 4400
**DOWELL BAKER, P.C.**                                     Chicago, IL 60601
201 Main St., Suite 710                                    (312) 212-6500
Lafayette, IN 47901
(765) 429-4004                                             **Local Attorney for Defendant, Rocky**
(765) 429-4114 (fax)                                       **Mountain Tracking, Inc.**

**Attorneys for Arrivalstar S.A. and**
**Melvino Technologies Limited**