**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

ArrivalStar S.A., et al.
       Plaintiff,

v.            Case No.: 1:10–cv–02296
            Honorable Sharon Johnson Coleman

CalAmp Corp., et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 27, 2011:

  MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 1/27/11. On the parties' representation that resolution of all matters in controversy is imminent, the matter is continued to 2/28/11 at 9:00 a.m. pending dismissal.Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.